# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **USER-FRIENDLY PHONE BOOK, LLC,** | ) | **CASE NO.1:08CV1662** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **DALE COX,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

## CHRISTOPHER A. BOYKO, J:

On July 23, 2008, this Court was informed by Plaintiff User-Friendly Phone Book, LLC (ECF Dkt# 4), that Defendant Dale Cox had filed for relief under Chapter 13 of the United States Bankruptcy Code, in United States Bankruptcy Court for the Northern District of Ohio, case no. 08-10312. The case was subsequently transferred to United States Bankruptcy Court for the Southern District of Ohio, case no. 08-56137. Pursuant to 11 U.S.C. §362, the filing mandates the imposition of an automatic stay of the proceedings before this Court against Defendant.

Therefore, further proceedings against Defendant are STAYED, and the case is CLOSED subject to reopening upon written motion by Plaintiff or other parties in interest, which warrants relief from the automatic stay imposed by §362 or by injunction imposed under 11 U.S.C. §524 or which notifies the Court that the bankruptcy case is closed, dismissed or discharged.

IT IS SO ORDERED.

                                                s/Christopher A. Boyko
                                                CHRISTOPHER A. BOYKO
                                                United States District Judge

July 28, 2008